```
UNITED STATES BANKRUPTCY COURT, NORTHERN DISTRICT OF ILLINOIS, EASTERN DIVISION

IN RE:                                   CASE NO. 08 B 05942
    RENATO PIERRE BURNS
                                         CHAPTER 13

                                         JUDGE: SUSAN PIERSON SONDERBY
         Debtor
    SSN XXX-XX-3077


-------------------------------------------------------------------------------
                    TRUSTEE'S FINAL REPORT AND ACCOUNT
-------------------------------------------------------------------------------
     The case was filed on 03/13/2008 and was not confirmed.

     The case was dismissed without confirmation 08/21/2008.
-------------------------------------------------------------------------------
CREDITOR NAME                CLASS        CLAIM AMOUNT    INTEREST     PRINCIPAL
                                                          PAID         PAID
-------------------------------------------------------------------------------

NOVACARE O&P                 UNSECURED         143.00         .00           .00
AAA CHECKMATE                UNSECURED        2287.14         .00           .00
ACC INTERNATIONAL            UNSECURED      NOT FILED         .00           .00
SPRINT PC                    UNSECURED      NOT FILED         .00           .00
CHARTER COMMUNICATION        UNSECURED      NOT FILED         .00           .00
AFNI INC                     UNSECURED      NOT FILED         .00           .00
TCF NATIONAL BANK            UNSECURED      NOT FILED         .00           .00
AMERICASH LOANS              UNSECURED         550.36         .00           .00
ASSET ACCEPTANCE CORP        UNSECURED         621.23         .00           .00
AT&T WIRELESS                UNSECURED         394.28         .00           .00
CAPITAL ONE                  UNSECURED        2017.45         .00           .00
SIR FINANCE                  UNSECURED        1916.00         .00           .00
CALVARY PORTFOLIO            UNSECURED      NOT FILED         .00           .00
CITY OF CHICAGO DEPT OF      UNSECURED         980.00         .00           .00
CENTURY 21                   UNSECURED      NOT FILED         .00           .00
NOVACARE O&P                 UNSECURED      NOT FILED         .00           .00
ALSIP FIRE DEPT              UNSECURED      NOT FILED         .00           .00
DIVERSIFIED ADJUSTMENT S     UNSECURED      NOT FILED         .00           .00
HARVARD COLLECTION           UNSECURED      NOT FILED         .00           .00
SOUTH CHICAGO ORTHOPEDIC     UNSECURED      NOT FILED         .00           .00
MITCHELL N KAY               UNSECURED      NOT FILED         .00           .00
MAGNA SURGICAL CENTER        UNSECURED      NOT FILED         .00           .00
MEDICAL RECOVERY SPECIAL     UNSECURED      NOT FILED         .00           .00
PALOS EMERGENCY MEDICAL      UNSECURED      NOT FILED         .00           .00
MIDWEST ORTHOPEDIC           UNSECURED         210.70         .00           .00
AT&T WIRELESS                UNSECURED      NOT FILED         .00           .00
SHORT TERM LOANS             UNSECURED      NOT FILED         .00           .00
SHORT TERM LOAN              UNSECURED         734.85         .00           .00
AMERICASH LOANS              UNSECURED        3462.31         .00           .00
SPRINT                       UNSECURED      NOT FILED         .00           .00
WASHINGTON MUTUAL            UNSECURED      NOT FILED         .00           .00
WEST ASSET MGMT              UNSECURED      NOT FILED         .00           .00
CHRYSLER FINANCIAL           UNSECURED        6420.71         .00           .00
ROAD RUNNERS                 SECURED           756.56         .00           .00
CHE BURNS                    NOTICE ONLY   NOT FILED         .00           .00

                    PAGE  1 - CONTINUED ON NEXT PAGE
         CASE NO. 08 B 05942 RENATO PIERRE BURNS
```

```
BARBARA LASETTE            NOTICE ONLY   NOT FILED                  .00          .00
ERNESTO D BORGES JR        DEBTOR ATTY         .00                               .00
TOM VAUGHN                 TRUSTEE                                               .00
DEBTOR REFUND              REFUND                                                .00

       Summary of Receipts and Disbursements:
-------------------------------------------------------------------------------
                            RECEIPTS         DISBURSEMENTS
-------------------------------------------------------------------------------
TRUSTEE                          .00

PRIORITY                                             .00
SECURED                                              .00
UNSECURED                                            .00
ADMINISTRATIVE                                       .00
TRUSTEE COMPENSATION                                 .00
DEBTOR REFUND                                        .00
                            ---------------    ---------------
TOTALS                           .00                 .00
```

   Based on the above information, the Trustee requests the court
enter an order discharging the Trustee, releasing the Trustee's surety
from any further liability related to the above proceedings.


                                    /s/ Tom Vaughn
     Dated: 11/20/08             _____
                                    TOM VAUGHN
                                    CHAPTER 13 TRUSTEE